FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| THE AD HOC COALITION OF AMERICAN SAP PRODUCERS,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>               Defendant. | **S U M M O N S**<br><br>Court No. 23-cv-00010 |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                                    /s/ Mario Toscano
                                                                    Clerk of the Court

---

1. <u>Name and Standing of Plaintiff</u>
   Plaintiff is The Ad Hoc Coalition of American SAP Producers, whose members include BASF Corporation, Evonik Superabsorber LLC, and Nippon Shokubai America Industries, Inc. Plaintiff was the petitioner in the proceeding that led to the contested determination and is an interested party pursuant to 19 U.S.C. §1677(9)(E). Plaintiff has standing to bring this action under 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>
   Plaintiff contests certain aspects of the final determination made by the U.S. Department of Commerce in the antidumping investigation of Superabsorbent Polymers from the Republic of Korea. The final determination was published as *Certain Superabsorbent Polymers from the Republic of Korea: Final Determination of Sales at Less Than Fair Value,* 87 Fed. Reg. 65035 (October 27, 2022).

3. <u>Date of Determination</u>
   The final determination was issued on October 20, 2022. The antidumping duty order was published in the Federal Register on December 20, 2022. Plaintiff timely files this summons within thirty (30) days of the antidumping duty order based on the final affirmative determination. *See* 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and 19 U.S.C. § 1516a(a)(2)(B)(i).

4. <u>Date of Publication of Notice of Contested Determination</u>
    The final determination was published in the Federal Register on October 27, 2022.

|  |  |
|---|---|
| <u>January 19, 2023</u><br>Date | <u>*/s/ Stephen J. Orava*</u><br>Stephen J. Orava<br>SOrava@KSLAW.com<br><br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC  20006-4706<br>(202) 737-0500 |

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278


Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044


Leslie Kiernan
General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC 20230