UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 18A

|  |  |
|---|---|
| THE AD HOC COALITION OF AMERICAN SAP PRODUCERS, <br><br>       Plaintiff, <br><br>v. <br><br>UNITED STATES, <br><br>       Defendant, <br><br>and <br><br>LG CHEM LTD., <br><br>       Defendant-Intervenor. | Court No. 23-00010 |

NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO
BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)

**PLEASE TAKE NOTICE** that Rachel Bogdan, an attorney with the U.S. Department of Commerce, who previously entered an appearance on behalf of defendant United States in this action, is no longer participating in this action. Please remove her CM/ECF access to business proprietary information and assure that she is no longer served with business proprietary information.

Date: March 22, 2024

s/ Rachel Bogdan
Rachel Bogdan
Assistant Chief Counsel
Office of the Chief Counsel for Trade
  Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, D.C. 20230
Telephone: (202) 482-4044
Email: Rachel.bogdan@trade.gov

Schedule to Notification of Termination of Government Attorney
Access to Business Proprietary Information

| Court Number(s) | Case Name |
|---|---|
| 23-00010 | The Ad Hoc Coalition of American SAP Producers v. United States |